JS 44 - No. CALIF .(Rev. 4/97)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON PAGE TWO)

## I.(a) PLAINTIFFS
United States of America

## DEFENDANTS
Alameda County, California; Dave Macdonald, Alameda County Registrar of Voters, in his official capacity; and the Alameda County Board of

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF (EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT (IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED. Alameda County

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Bruce I. Gear, Trial Attorney
U.S. Department of Justice, Civil Rights Division, Voting Section
950 Pennsylvania Ave, NW - NWB-7254, Washington, D.C. 20530

ATTORNEYS (IF KNOWN)
Raymond S. Lara, Deputy County Counsel
1221 Oak Street, Suite 450
Oakland, CA 94612    Phone: 510-272-6700

E-filing

MEJ

ADR

## II. BASIS OF JURISDICTION (PLACE AN "✓" IN ONE BOX ONLY)
- [✓] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "✓" IN ONE BOX FOR PLAINTIFF
(For diversity cases only) AND ONE BOX FOR DEFENDANT)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business In This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business In Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

## IV. ORIGIN (PLACE AN "✓" IN ONE BOX ONLY)
- [✓] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT (PLACE AN "✓" IN ONE BOX ONLY)

### CONTRACT
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability

### TORTS
**PERSONAL INJURY**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault Libel & Slander
- ☐ 330 Federal Employers Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liabiltiy
- ☐ 360 Other Personal Injury

**PERSONAL INJURY**
- ☐ 362 Personal Injury Med Malpractice
- ☐ 365 Personal Injury Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- ☐ 370 Other Fraud
- ☐ 371 Truth In Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

### FORFEITURE/PENALTY
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 RR & Truck
- ☐ 650 Airline Regs
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

### LABOR
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt Relations
- ☐ 730 Labor/Mgmt Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl.Ret. Inc. Security Act

### BANKRUPTCY
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

### PROPERTY RIGHTS
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

### SOCIAL SECURITY
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

### FEDERAL TAX SUITS
- ☐ 870 Taxes (US Plaintiff or Defendant)
- ☐ 871 IRS - Third Party 26 USC 7609

### OTHER STATUTES
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce/ICC Rates/etc.
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes
- ☐ 890 Other Statutory Actions

### REAL PROPERTY
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

### CIVIL RIGHTS
- [✓] 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing
- ☐ 444 Welfare
- ☐ 440 Other Civil Rights

### PRISONER PETITIONS
- ☐ 510 Motion to Vacate Sentence Habeas Corpus:
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

## VI. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)
United States is suing Alameda County for violations of the minority language requirements of Section 203 of the Voting Rights Act, 42 U.S.C. § 1973aa-1a

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23    DEMAND $    ☐ CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ YES  [✓] NO

## VIII. RELATED CASE(S) IF ANY
PLEASE REFER TO CIVIL L.R. 3-12 CONCERNING REQUIREMENT TO FILE "NOTICE OF RELATED CASE".

## IX. DIVISIONAL ASSIGNMENT (CIVIL L.R. 3-2) (PLACE A "✓" IN ONE BOX ONLY)
[✓] SAN FRANCISCO/OAKLAND    ☐ SAN JOSE

DATE 6·30·11    SIGNATURE OF ATTORNEY OF RECORD

ERIC H. HOLDER JR
Attorney General

THOMAS E. PEREZ
Assistant Attorney General
Civil Rights Division

MELINDA HAAG
United States Attorney

T. CHRISTIAN HERREN JR
TIMOTHY F. MELLETT
BRUCE I. GEAR (District of Columbia Bar # 463388)
OLIMPIA E. MICHEL (New York State Bar # 4358321)
Attorneys, Voting Section
Civil Rights Division
United States Department of Justice
950 Pennsylvania Ave., N.W.
Room NWB-7254
Washington, D.C. 20530
Telephone: (202) 353-0419
Facsimile: (202) 307-3961
bruce.gear@usdoj.gov
olimpia.michel@usdoj.gov

Counsel for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Civil Action No. **CV 11 3262** |
| Plaintiff, | |
| v. | **COMPLAINT** |
| ALAMEDA COUNTY, CALIFORNIA; DAVE MACDONALD, REGISTRAR OF VOTERS, in his official capacity; and the ALAMEDA COUNTY BOARD OF SUPERVISORS, | THREE-JUDGE COURT REQUESTED |
| Defendants. | |

**COMPLAINT**

The United States of America, Plaintiff herein, alleges:

1. This is an action brought to enforce the minority language requirements of Section 203 of the Voting Rights Act, 42 U.S.C. § 1973aa-1a, in order to secure voting rights guaranteed by the Fourteenth and Fifteenth Amendments.

## JURISDICTION

2. This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1345, the Voting Rights Act, 42 U.S.C. § 1973aa-2, and the Declaratory Judgment Act, 28 U.S.C. §§ 2201 and 2202.

## THREE-JUDGE COURT

3. In accordance with 42 U.S.C. § 1973aa-2 and 28 U.S.C. § 2284, the claim under Section 203 of the Voting Rights Act, 42 U.S.C. § 1973aa-1a, must be heard and determined by a court of three judges.

## VENUE AND INTRADISTRICT ASSIGNMENT

4. The events relevant to this action occurred in Alameda County, California, which is located in the United States District Court for the Northern District of California. 28 U.S.C. § 84(a). Pursuant to Civil Local Rule 3-2(d), intradistrict assignment is proper in the San Francisco Division or Oakland Division.

## PARTIES

5. The Attorney General of the United States brings this action on behalf of plaintiff UNITED STATES OF AMERICA. This action seeks declaratory and injunctive relief pursuant to Sections 203 and 204 of the Voting Rights Act, 42 U.S.C. §§ 1973aa-1a and 1973aa-2, and pursuant to the Declaratory Judgment Act, 28 U.S.C. §§ 2201 and 2202.

6. Defendant ALAMEDA COUNTY ("the County") is a political and geographical subdivision of the State of California and exists under the laws of that State.

7. Defendant DAVE MACDONALD, the Alameda County Registrar of Voters, is responsible for conducting County elections, including primary, general, special district, and

**COMPLAINT**

1  school district elections. Cal. Gov. Code § 26802. Defendant MACDONALD is sued in his
2  official capacity.
3      8.    Defendant ALAMEDA COUNTY BOARD OF SUPERVISORS ("the Board") is
4  the governing body of the County with general responsibility for the legislative policies and
5  administration of the County, including but not limited to the primary budgetary authority for the
6  County responsible for the County's expenditure of funds. Cal. Gov. Code § 25252.

<div style="text-align: center;">ALLEGATIONS</div>

8      9.    Section 203 of the Voting Rights Act requires that whenever a covered
9  jurisdiction provides "any registration or voting notices, forms, instructions, assistance, or other
10 materials or information relating to the electoral process, including ballots, it shall provide them
11 in the language of the applicable minority group as well as in the English language." 42 U.S.C.
12 1973aa-1a(c). Section 203 contains a formula by which the Director of the Census makes
13 determinations based on census data as to which jurisdictions are covered by these requirements.
14 42 U.S.C. 1973aa-1a(b). These coverage determinations are final and non-reviewable. 42
15 U.S.C. § 1973aa-1a(b)(4).
16     10.   Alameda County has been continuously covered by the requirements of Section
17 203, with respect to both Spanish language and Chinese language, since September 18, 1992. 57
18 Fed. Reg. 43,213 (Sept. 18, 1992); 67 Fed. Reg. 48,871 (July 26, 2002).
19     11.   Since 1992, the Department of Justice has notified Alameda County election
20 officials regarding the minority election requirements of Section 203 of the Voting Rights Act on
21 numerous occasions.
22     12.   On April 13, 1995, the United States filed a lawsuit in the United States District
23 Court for Northern District of California against Alameda County for failing to provide election
24 material and assistance in the Chinese language for limited-English proficient voters in violation
25 of Section 203. *United States* v. *Alameda County*, C95-1266 (N.D. Cal.). On January 22, 1996,
26 the Court entered a Settlement Agreement and Order, which, among other things, required the

**COMPLAINT**

1  County to provide Chinese language voting assistance and materials. The Settlement Agreement
2  and Order permanently enjoined Defendants from failing to comply with the requirements of
3  Sections 2 and 203 of the Voting Rights Act. The Settlement Agreement and Order expired on
4  December 31, 2000.

5     13.    According to the 2000 Census, Alameda County had a total population of
6  1,443,741, of whom 273,887 (18.9%) were of Hispanic origin and 110,895 (7.6%) were of
7  Chinese origin. In 2000, the voting-age citizen population was 896,918, of whom 106,287
8  (11.9%) were of Hispanic origin and 62,154 (6.9%) were of Chinese origin. Of the voting-age
9  citizens of Hispanic origin, 22,010 (20.7%) were limited-English proficient, while 28,280
10 (45.5%) of the voting age citizens of Chinese origin were limited-English proficient.

11    14.    The Hispanic and Chinese populations in Alameda County have grown.
12 According to the 2005-2009 American Community Survey 5-Year Estimates, Alameda County's
13 total population is 1,457,095, of whom 310,688 (21.3%) were of Hispanic origin and 128,891
14 (8.8%) were of Chinese origin. In 2005-2009, the voting-age citizen population was 919,099, of
15 whom 122,686 (13.3%) were of Hispanic origin.

16                          CAUSE OF ACTION

17    15.    The United States hereby alleges and incorporates by reference paragraphs one
18 through fourteen above.

19    16.    Defendants have failed to provide effective election-related information and
20 assistance in Chinese to limited-English proficient voters as required by Section 203 in the
21 following ways:

22        a) Defendants have failed to recruit, appoint, train, and maintain an adequate
23        pool of Chinese-speaking bilingual poll officials capable of providing Chinese-speaking
24        voters with limited-English proficiency necessary and effective language assistance on
25        election day;

**COMPLAINT**

      b) Defendants have also failed to translate and/or properly disseminate certain election-related materials and information in Chinese prior to and during elections, including but not limited to the ballot, voter registration forms, sample ballots, election notices, and the website.

17.    Defendants have failed to provide effective election-related information and assistance in Spanish to limited-English proficient voters as required by Section 203 in the following ways:

      a) Defendants have failed to train and maintain an adequate pool of Spanish-speaking bilingual poll officials capable of providing Spanish-speaking voters with limited-English proficiency necessary and effective language assistance on election day;

      b) Defendants have also failed to translate and/or properly disseminate certain election-related materials and information in Spanish prior to and during elections, including but not limited to the ballot, voter registration forms, sample ballots, election notices, and the website.

18.    Defendants' failure to provide limited-English proficient Spanish-speaking and Chinese-speaking citizens of Alameda County with minority language election assistance, materials, and information, as described above, constitutes a violation of Section 203.

19.    Unless enjoined by this Court, Defendants will continue to violate Section 203 by failing to provide limited-English proficient Spanish and Chinese-speaking citizens of Alameda County with minority language election information and assistance necessary for their effective political participation.

## PRAYER FOR RELIEF

Wherefore, the United States of America prays that this Court enter an order:

(1)    Declaring that Defendants have failed to provide Spanish language and Chinese language election assistance, materials, and information to

**COMPLAINT**

1    limited-English proficient voters in violation of Section 203 of the Voting
2    Rights Act, 42 U.S.C. § 1973aa-1a;
3    (2) Enjoining Defendants, their employees, agents and successors in office,
4    and all persons acting in concert with them, from failing to provide
5    Spanish language and Chinese language election assistance, materials, and
6    information to voters with limited-English proficiency as required by
7    Section 203, 42 U.S.C. § 1973aa-1a;
8    (3) Ordering Defendants to devise and implement a remedial plan to ensure
9    that voters of Hispanic origin and voters of Chinese origin who are
10   limited-English proficient receive the bilingual assistance, materials, and
11   information they need to fully and effectively participate in the electoral
12   process as required by Section 203, 42 U.S.C. § 1973aa-1a;
13   (4) Authorizing the appointment of federal observers to observe elections held
14   in Alameda County pursuant to Section 3(a) of the Voting Rights Act, 42
15   U.S.C. § 1973a(a).
16   The United States further prays that this Court order such additional relief as the
17   interests of justice may require, together with the costs and disbursements in maintaining
18   this action.

**COMPLAINT**

Date: ____ day of _____, 2011

ERIC H. HOLDER JR
Attorney General

_____
THOMAS E. PEREZ
Assistant Attorney General
Civil Rights Division

_____
MELINDA HAAG
United States Attorney

_____
T. CHRISTIAN HERREN, JR
TIMOTHY F. MELLETT
BRUCE I. GEAR
OLIMPIA E. MICHEL
Attorneys, Voting Section
Civil Rights Division
United States Department of Justice
950 Pennsylvania Avenue NW
Room NWB-7254
Washington, D.C. 20530
Telephone: (202) 353-0419
Facsimile: (202) 307-3961
bruce.gear@usdoj.gov
olimpia.michel@usdoj.gov

**COMPLAINT**

Date: **30th** day of **June** 2011

ERIC H. HOLDER JR
Attorney General

*[signature]*

THOMAS E. PEREZ
Assistant Attorney General
Civil Rights Division

*attached*

MELINDA HAAG
United States Attorney

*[signature]*

T. CHRISTIAN HERREN JR
TIMOTHY F. MELLETT
BRUCE I. GEAR
OLIMPIA E. MICHEL
Attorneys, Voting Section
Civil Rights Division
United States Department of Justice
950 Pennsylvania Avenue NW
Room NWB-7254
Washington, D.C. 20530
Telephone: (202) 353-0419
Facsimile: (202) 307-3961
bruce.gear@usdoj.gov
olimpia.michel@usdoj.gov

Date: ____ day of _____, 2011

ERIC H. HOLDER JR
Attorney General

______________________________
THOMAS E. PEREZ
Assistant Attorney General
Civil Rights Division

______________________________
MELINDA HAAG
United States Attorney

______________________________
T. CHRISTIAN HERREN, JR
TIMOTHY F. MELLETT
BRUCE I. GEAR
OLIMPIA E. MICHEL
Attorneys, Voting Section
Civil Rights Division
United States Department of Justice
950 Pennsylvania Avenue NW
Room NWB-7254
Washington, D.C. 20530
Telephone: (202) 353-0419
Facsimile: (202) 307-3961
bruce.gear@usdoj.gov
olimpia.michel@usdoj.gov