1  ERIC H. HOLDER JR
2  Attorney General
3
4  THOMAS E. PEREZ
5  Assistant Attorney General, Civil Rights Division
6
7  MELINDA HAAG
8  United States Attorney
9
10  T. CHRISTIAN HERREN JR
11  TIMOTHY F. MELLETT
12  BRUCE I. GEAR (District of Columbia Bar # 463388)
13  OLIMPIA E. MICHEL (New York State Bar # 4358321)
14  Attorneys, Voting Section, Civil Rights Division
15  United States Department of Justice
16  950 Pennsylvania Ave., N.W.
17  Room NWB-7254
18  Washington, D.C. 20530
19  Telephone: (202) 353-0419
20  Facsimile: (202) 307-3961
21  bruce.gear@usdoj.gov
22  olimpia.michel@usdoj.gov
23
24  Counsel for Plaintiff
25  United States of America
26
27            IN THE UNITED STATES DISTRICT COURT
28          FOR THE NORTHERN DISTRICT OF CALIFORNIA
29                    OAKLAND DIVISION
30
31  UNITED STATES OF AMERICA,                )  Civil Action No.
32                                            )
33                    Plaintiff,              )  CV 11 3262
34                                            )
35                                            )  **JOINT STIPULATION**
36            v.                              )  **REQUESTING**
37                                            )  **ENTRY OF CONSENT DECREE,**
38  ALAMEDA COUNTY, CALIFORNIA;               )  **JUDGMENT, AND ORDER**
39  DAVE MACDONALD,                           )
40  REGISTRAR OF VOTERS, in his official      )
41  capacity; and the ALAMEDA COUNTY BOARD    )
42  OF SUPERVISORS,                           )
43                                            )
44                    Defendants.             )
45                                            )

                    **STIPULATION: ENTRY OF CONSENT DECREE**

The United States and Defendants Alameda County, California, Dave Macdonald, Registrar of Voters, in his official capacity, and the Alameda County Board of Supervisors ("the Parties"), through their undersigned counsel, respectfully request this Court to enter the attached Consent Decree, Judgment, and Order. In support of this stipulation, the Parties state the following:

1.     The Complaint in this action, alleging violations of Sections 203 of the Voting Rights Act of 1965, as amended, 42 U.S.C. 1973aa-1a, is being filed today simultaneously with this stipulation requesting entry of the Consent Decree.

2.     The Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1345 and 42 U.S.C. §§ 1973aa-2a. In accordance with 42 U.S.C. § 1973aa-2 and 28 U.S.C. § 2284, the United States' Section 203 claim must be heard and determined by a court of three judges.

3.     The Parties have negotiated in good faith and have agreed to entry of this Consent Decree as an appropriate resolution of the claims alleged. The Consent Decree requires that all information that is disseminated by Alameda County in English about "registration or voting notices, forms, instructions, assistance, or other materials or information relating to the electoral process, including ballots," 42 U.S.C. 1973aa-1a(c), shall also be provided in Spanish and Chinese. The Consent decree also requires that Spanish and Chinese language assistance shall be available at all locations where election-related transactions are conducted in Alameda County.

4.     The attached Consent Decree is fair, reasonable, in the public interest, and does not violate the law or public policy. Sierra Club, Inc. v. Electronic Controls Design, Inc., 909

**STIPULATION: ENTRY OF CONSENT DECREE**

2

1    F.2d 1350, 1355 (9th Cir. 1990); see also Turtle Island Restoration Network v. United States

2    Department of Commerce, Nos. 09-00598 DAE-KSC, 10-00044 DAE-KSC, 2011 WL 344117,

3    at *3 (D. Haw. Jan. 31, 2011).  Given that the Parties have reached an agreement, entry of the

4    Consent Decree will save the time and expense that would be expended if the Parties litigated

5    this lawsuit.  See United States v. Armour & Co., 402 U.S. 673, 681 (1971).

6         5.        Finally, the Parties stipulate that, except as provided in the Consent Decree, they

7    will waive further hearings and entry of findings of fact and conclusions of law on all issues

8    involved in this matter, and that each party shall bear its own costs and fees.

9         6.        The Parties jointly request entry of their Consent Decree.

10

**STIPULATION: ENTRY OF CONSENT DECREE**

3

1    WHEREFORE, the Parties request that the accompanying Consent Decree, Judgment,

2    and  Order be entered by this Court.


3

4    Date: **30**  day of **June**, 2011

5

6    For Plaintiff:                                      For Defendants:

7    UNITED STATES OF AMERICA             ALAMEDA COUNTY, CALIFORNIA;

8    ERIC H. HOLDER, JR.                          DAVE MACDONALD, ALAMEDA

9    Attorney General                               COUNTY REGISTRAR OF VOTERS, in

10                                                       his official capacity; and the ALAMEDA

11   THOMAS E. PEREZ                             COUNTY BOARD OF SUPERVISORS.

12   Civil Rights Division

13   Assistant Attorney General

14

15

16   MELINDA HAAG                                RAYMOND S. LARA

17   United States Attorney                       Deputy County Counsel

18

19

20

21

22

23   T. CHRISTIAN HERREN, JR.

24   TIMOTHY F. MELLETT

25   BRUCE I. GEAR

26   OLIMPIA E. MICHEL

27   Attorneys, Voting Section

28   Civil Rights Division

29   United States Department of Justice

30   950 Pennsylvania Ave., N.W.

31   Washington, D.C.  20530

32   Room NWB-7254

33   Telephone: (202) 353-0419

34   Facsimile: (202) 307-3961

35   bruce.gear@usdoj.gov

36   olimpia.michel@usdoj.gov

37

**STIPULATION: ENTRY OF CONSENT DECREE**