

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF CALIFORNIA

CHAMBERS OF
**EDWARD M. CHEN**
UNITED STATES DISTRICT JUDGE

450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102

August 15, 2011

Honorable Alex Kozinski
Chief Judge
United States Court of Appeals
Richard H. Chambers Court of
 Appeals Building
125 South Grand Avenue, Room 200
Pasadena, CA  91105-1621

    Re:    C-11-3262 EMC, *United States v. Alameda County*

Dear Chief Judge Kozinski,

    I hereby request that you designate two judges to sit with me on a three-judge panel to hear an action recently filed in this district, *United States v. Alameda County*, No. C-11-3262 EMC.

    Plaintiff the United States has filed this action to enforce the minority language requirements of § 203 of the Voting Rights Act, 42 U.S.C. § 1973aa-1a. Under § 1973aa-2, such an action must be heard and determined by a court of three judges in accordance with 28 U.S.C. § 2284. Under § 2284, where a request for three judges is filed, "the judge to whom the request is presented shall, unless he determines that three judges are not required, immediately notify the chief judge of the circuit, who shall designate two other judges, at least one of whom shall be a circuit judge." 28 U.S.C. § 2284. Here, the United States has applied for a three-judge court, Defendants do not oppose the application, and I have determined that three judges are in fact required under § 1973aa-2.

    Please note that, at the time the United States filed its complaint, the parties also submitted a stipulation requesting entry of a consent decree, judgment, and order, which contemplates approval by the three-judge panel.

                              Respectfully submitted,

                              Edward M. Chen
                            United States District Judge

cc:    Molly C. Dwyer, Ninth Circuit Clerk of Court