RICHARD KARLSSON [71421]
Interim County Counsel
By:  RAYMOND S. LARA [213181]
Deputy County Counsel
Office of the County Counsel, County of Alameda
1221 Oak Street, Suite 450
Oakland, California 94612
Telephone:     (510) 272-6700

Attorneys for Defendants
The County of Alameda; Dave Macdonald,
Registrar of Voters for the County of Alameda; and
the Board of Supervisors for the County of Alameda

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>v.<br><br>THE COUNTY OF ALAMEDA, *et al.*,<br><br>                              Defendants. | Case No. C 11-3262 EMC<br><br>**JOINT STIPULATION AND [P~~ROPO~~SED] ORDER EXTENDING TIME TO FILE PARTIES' COURT-ORDERED SUPPLEMENTAL BRIEFING**<br><br>Civ. L. Rules 7-12 |

**STIPULATION AND [PROPOSED] ORDER RE BRIEFING Case No.  C 11-3262 EMC**

1

IT IS HEREBY STIPULATED AS FOLLOWS:

WHEREAS, this Court ordered further briefing on certain issues regarding the parties' consent decree;

WHEREAS, this Court's order gave the parties two weeks to file their supplemental briefing, which would be due on Wednesday, October 5, 2011;

WHEREAS, the parties are meeting and conferring on the supplemental briefing and expect to agree on all issues, but not before October 5, 2011, due to the unavailability of Defendant Dave Macdonald, Alameda County's Registrar of Voters, who will be out of the country until October 4, 2011;

IT IS HEREBY AGREED AS FOLLOWS:

The parties' supplemental briefing will be due on Wednesday, October 12, 2011, one week from the Court's original deadline.

If either party needs more time and the parties cannot agree to stipulate to a further extension, that party will file a motion for administrative relief under Civil Local Rule 7-11.

Dated: October 3, 2011

RICHARD KARLSSON, Interim County Counsel in and for the County of Alameda, State of California

By: _____/s/ Raymond Lara_____
Raymond S. Lara
Deputy County Counsel
Attorneys Defendants

Dated: October 3, 2011

THOMAS E. PEREZ
Assistant Attorney General
Civil Rights Division

By: ___/s/ Olimpia Michel_____
T. CHRISTIAN HERREN, JR
TIMOTHY F. MELLETT
BRUCE I. GEAR
OLIMPIA E. MICHEL

**STIPULATION AND [PROPOSED] ORDER RE BRIEFING Case No.  C 11-3262 EMC**
2

Attorneys for the Plaintiff,
Voting Section Civil Rights Division
United States Department of Justice
950 Pennsylvania Avenue NW
Room NWB-7254
Washington, D.C.  20530
Telephone: (202) 353-0419
Facsimile: (202) 307-3961
bruce.gear@usdoj.gov
olimpia.michel@usdoj.gov

## ECF CERTIFICATION

I, Raymond S. Lara, am the ECF user whose identification and password are being used to file the foregoing JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE PARTIES' COURT-ORDERED SUPPLEMENTAL BRIEFING.  I hereby attest that the above-referenced signatory to this stipulation has concurred in this filing.

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: October __4__, 2011                    By: _____

The Hon. Edward M. Chen
Judge

**STIPULATION AND [PROPOSED] ORDER RE BRIEFING Case No.  C 11-3262 EMC**