ATTACHMENT 3

RECEIVED

APR 13 1995

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  JANET RENO
   Attorney General
2  DEVAL L. PATRICK
   Assistant Attorney General
3  ELIZABETH JOHNSON
   SUSANNA LORENZO-GIGUERE
4  Attorneys, Voting Section
   Civil Rights Division
5  U.S. Department of Justice
   P.O. Box 66128
6  Washington, D.C. 20035-6128
   Telephone: (202) 514-9822
7  MICHAEL J. YAMAGUCHI
   United States Attorney
8  MARY BETH UITTI
   Assistant United States Attorney
9  Civil Division
   P.O. Box 36055
10 450 Golden Gate Avenue
   San Francisco, CA. 94102
11 Telephone: (415) 556-1126
   Attorneys for the Plaintiff

12
               UNITED STATES DISTRICT COURT

13           NORTHERN DISTRICT OF CALIFORNIA

14                                        SAW

15 UNITED STATES OF AMERICA,          C95 1266

16              Plaintiff,        )
                                   )
17         v.                     )    CIVIL ACTION No.
                                   )
18 ALAMEDA COUNTY, CALIFORNIA;     )    SETTLEMENT AGREEMENT
   BOARD OF SUPERVISORS OF ALAMEDA COUNTY;) AND ORDER
19 GAIL STEELE, Chairperson; EDWARD R. )  THREE-JUDGE COURT
   CAMPBELL; KEITH CARSON; WILMA CHAN, and)
20 MARY KING, Supervisors; and BRADLEY J. )
   CLARK, Registrar of Voters,     )
21                                 )
              Defendants.          )
22 _____)

23     The United States initiated this action pursuant to Sections

24 2, 12(d) and 203 of the Voting Rights Act of 1965, as amended,

25 42 U.S.C. 1973, 42 U.S.C. 1973j(d), 42 U.S.C. 1973aa-1a, and

26 28 U.S.C. 2201, alleging violations of the Voting Rights Act and

1   the Fourteenth and Fifteenth Amendments arising from Alameda

2   County's election practices and procedures as they affected

3   Chinese  American citizens of the county, including those Chinese

4   American voting age citizens who are "unable to speak or

5   understand English adequately enough to participate in the

6   election process," 42 U.S.C. 1973aa-1a (hereafter "Chinese-

7   speaking citizens").

8        The claim under Section 203 of the Voting Rights Act

9   ("Section 203") must be heard and determined by a court of three

10  judges in accordance with the provisions of 42 U.S.C. 1973aa-2

11  and 28 U.S.C. 2284.

12       The plaintiff alleges in its complaint that various election

13  standards, practices and procedures of the defendants unlawfully

14  deny or abridge the voting rights of Chinese American citizens

15  residing in Alameda County.  The challenged practices touch on

16  the failure of the defendants to implement, as required by

17  Section 203, effective bilingual election procedures, including

18  the complete and timely translation and effective dissemination

19  of election information in the Chinese language.  The challenged

20  practices also concern the failure of defendants to provide for a

21  sufficient number of adequately trained bilingual persons to

22  serve as poll workers, including interpreters, for Chinese-

23  speaking voters needing bilingual assistance at the polls on

24  election day.

25       The defendants do not admit the allegations of the

26  complaint, or that there has been intentional discrimination

SETTLEMENT AGREEMENT AND ORDER            2

1  against any of its citizens.   The defendants do not contest,
2  however, that in the 1994 general election the county failed to
3  ensure that Chinese-speaking poll officials and Chinese language
4  election information and materials were present at all polling
5  sites where they were needed in order for Chinese-speaking
6  citizens to cast their ballots effectively and on an equal basis
7  with other citizens.

8      This Court has jurisdiction over the parties and the subject
9  matter of this litigation.   This Agreement is final and binding
10 between the parties and their successors in office regarding the
11 facts, claims and issues raised in the complaint and resolved
12 herein.

13     In settlement of this matter, the parties stipulate as to
14 the following facts:

15     1.   Alameda County has been subject to Section 203 of the
16 Voting Rights Act, 42 U.S.C. 1973aa-1a, since August 1992 with
17 respect to the Chinese language based upon the determinations by
18 the Director of the Bureau of the Census pursuant to the Act.
19 The Director determined that Alameda County is a political
20 subdivision that contains more than 10,000 Asian American
21 citizens of voting age that are members of the Chinese language
22 minority group who do not speak or understand English adequately
23 enough to participate in the electoral process, and further that
24 the illiteracy rate of such persons as a group is higher than the
25 national illiteracy rate.   Based on this determination, Alameda
26 County is subject to Section 203 of the Voting Rights Act with

1  respect to the Chinese language.  This determination was

2  published in the Federal Register on September 18, 1992, and

3  became effective upon publication.

4      2.    Section 203 requires that all information that is

5  provided by Alameda County in English about voter "registration

6  or voting notices, forms, instructions, assistance, or other

7  materials or information relating to the electoral process,

8  including ballots," must be provided in the Chinese language for

9  Chinese-speaking citizens.  42 U.S.C. 1973aa-1a(c).  See also, 28

10  C.F.R. 55. (the Attorney General's Procedures for the

11  Implementation of the Provisions of the Voting Rights Act for

12  Minority Language Groups).

13      3.    Section 2 of the Voting Rights Act requires that

14  citizens be allowed to participate equally in all phases of the

15  election process without regard to race, color or membership in a

16  language minority group.

17      4.    According to the 1990 Census, the population of Alameda

18  County includes 68,184 Chinese Americans and 30,120 Chinese

19  American citizens of voting age.  The 1990 Census reports that

20  11,394 persons, or 37.83 percent of the Chinese citizen voting

21  age population in Alameda County, and 1.3 percent of the total

22  citizen voting age population in Alameda County do not speak

23  English well enough to participate effectively in English

24  language elections.  Thus, over 11,000 Chinese American citizens

25  in Alameda County cannot function effectively in the electoral

26  process except in the Chinese language.

5.    The Congress has found that voting discrimination against citizens of language minorities is pervasive and national in scope. 42 U.S.C. 1973b(f)(1).  Many Chinese Americans now residing within Alameda County continue to bear the effects of past discrimination in such areas as voting, education and employment, so that this history burdens their current access to the franchise.  Alameda County and the United States are committed to removing the current effects of past discrimination.

To assure compliance with the Voting Rights Act and the Fourteenth and Fifteenth Amendments, the parties have agreed upon the following provisions and have agreed to the entry of this Settlement Agreement and Order.  Entry of this Order shall be final and binding on all of the parties and their successors as to all issues raised in the complaint and resolved herein. Accordingly, it is hereby ORDERED, ADJUDGED AND DECREED that:

1.    The defendants, their agents and successors in office, and all other persons acting in concert or participation with them, are hereby permanently enjoined from failing to comply with the requirements of Sections 2 and 203 of the Voting Rights Act and the Fourteenth and Fifteenth Amendments.

2.    It is the intent of Alameda County to provide to Chinese-speaking voters full and complete information about all stages of the electoral process, "including, for example the issuance, at any time during the year, of notifications, announcements, or other informational materials concerning the opportunity to register, the deadline for voter registration, the

1   time, places and subject matters of elections, and the absentee

2   voting process" 28 C.F.R. 55.15, and that all information that

3   is provided by Alameda County in English about "registration or

4   voting notices, forms, instructions, assistance, or other

5   materials or information relating to the electoral process,

6   including ballots" 42 U.S.C. 1973aa-1a(c) shall be provided in

7   the Chinese language.  It is the further intent of Alameda County

8   to assure that its Chinese American population, including its

9   Chinese-speaking population does not "have less opportunity than

10  other members of the electorate to participate in the political

11  process." 42 U.S.C. 1973.

12      3.   To assist in the effectiveness of this agreement and to

13  protect the Fifteenth Amendment rights of citizens of Alameda

14  County, the appointment of federal examiners for elections in

15  Alameda County is authorized pursuant to Section 3(a) of the

16  Voting Rights Act, 42 U.S.C. 1973a(a), through  December 31,

17  2000, however, such designation shall be extended to ensure full

18  and ongoing protection of the rights Chinese American voters

19  either upon written agreement of the parties or order of the

20  Court.  The parties agree that such court order should issue if

21  the court determines that reports of federal observers present at

22  the polls during elections in Alameda County evince the denial or

23  abridgment of any rights of Chinese American voters under the

24  Voting Rights Act and Fourteenth and Fifteenth Amendments of the

25  Constitution, and determines that the County has failed to take

26  all reasonable steps to remedy such denial or abridgment and to

1   prevent such violations in the future.

2   4.   Alameda County is designated pursuant to Section 3(c)

3   of the Voting Rights Act, 42 U.S.C. 1973a(c) so that no changes

4   to the Chinese Language Election Information Program, as set

5   forth herein beginning on page 8, including amendments to the

6   Program, procedures adopted pursuant to it, and other changes

7   involving dissemination of information to Chinese-speaking

8   citizens of Alameda County regarding state-mandated changes

9   affecting voting, may be implemented without prior clearance from

10  this Court or from the Attorney General of the United States

11  pursuant to Section 3(c).  Such Section 3(c) designation

12  terminates on December 31, 1998, provided that such designation

13  shall be extended by order of this Court either upon written

14  agreement of the parties or order of the Court.  The parties

15  agree that such court order should issue if the court determines

16  that the county has failed to satisfy the "bailout" provisions of

17  the Voting Rights Act, 42 U.S.C. 1973b(a)(1)(E).

18  5.   In light of the complexity of the issues involved and

19  the evolving nature of the Program, this Agreement shall remain

20  in effect through December 31, 2000.  The parties shall meet and

21  confer subsequent to the 1998 general election to determine

22  whether an earlier termination is warranted.

23  6.   Alameda County has adopted the following Chinese

24  Language Election Information Program which the Court hereby

25  approves as part of this Order, as set forth below.  The purpose

26  of the Chinese Language Election Information Program is to ensure

SETTLEMENT AGREEMENT AND ORDER          7

1  the dissemination of election-related information to the Chinese-
2  speaking citizens of Alameda County, and to make the election
3  process equally accessible to Chinese American citizens.  This
4  program is intended to improve the effective access of Chinese
5  Americans in Alameda County to the electoral process and to
6  counter the results of past discrimination against Chinese
7  Americans, and to provide a procedure by which this program may
8  be improved and modified in the future.
9        **THE CHINESE LANGUAGE ELECTION INFORMATION PROGRAM**
10  **A.**    **Coordination**
11       The county shall meet with representatives of the Chinese
12  community, including representatives of each organization on the
13  list attached as Attachment A and solicit their views in the
14  development of all phases of the Chinese Election Information
15  Program.  The list of organizations shall not be exclusive but
16  may be expanded to include new or additional organizations
17  representing the Chinese community in Alameda County.  To assist
18  in the effective dissemination of election information, the
19  County shall develop, with the participation of these
20  representatives of the Chinese community, counsel for the United
21  States, an Outreach and Publicity Plan by September 1, 1995,
22  which shall include procedures for the dissemination of
23  translated election information, including registration
24  information, to identified Chinese print media, broadcast media,
25  community groups and any other appropriate sources utilized by
26  the Chinese community for dissemination of information.  The

SETTLEMENT AGREEMENT AND ORDER      8

1   Outreach and Publicity Plan shall include a schedule for regular

2   meetings between the county and the representatives of community,

3   including the community election liaisons, to assess the

4   effectiveness of the program.  The county shall record on audio

5   tape or keep a written record of all comments made by the

6   representatives of the Chinese community held at regularly

7   scheduled meetings regarding the publicity plan and selection of

8   polling places, and the county's response to the comments.

9   B.   Voting Rights Coordinator

10       1.   Alameda County shall assign an employee to act as

11  Chinese Voting Rights Coordinator and to coordinate the Chinese

12  Election Information Program in Alameda County.  The voting

13  rights coordinator shall be bilingual at least in English and in

14  Cantonese.

15       2.   The voting rights coordinator shall be trained in all

16  aspects of the election process and shall be provided all

17  election information and attend appropriate election meetings and

18  summits conducted by the Secretary of State and by the Alameda

19  County Registrar.  The voting rights coordinator shall be fully

20  briefed by the county registrar concerning the coordinator's

21  duties and responsibilities under this Program.  The voting

22  rights coordinator shall be hired by July 1, 1995; shall be fully

23  briefed by August 1, 1995; and have developed the Outreach and

24  Publicity Plan by September 1, 1995 pursuant to Section A.

25       3.   The voting rights coordinator shall oversee the

26  county's Chinese Election Information Program generally and

1   attend on a regular basis meetings of the Chinese communities
2   within the county consistent with the Outreach and Publicity
3   Plan.  The voting rights coordinator shall provide election
4   information to the community, including each community election
5   liaison, consistent with the Outreach and Publicity Plan.

6        4.   Within 30 days after each primary, general, school, and
7   special election affecting targeted precincts, the voting rights
8   coordinator shall prepare a written report detailing the
9   coordinator's election-related activities in implementing the
10  goals and provisions of the Chinese Election Information Program.
11  The report shall include Chinese American voter participation as
12  shown by available statistics in each subsection of this
13  agreement, together with an assessment of the effectiveness of
14  each phase of the program and a recommendation of the steps to be
15  taken, if any, to improve Chinese voter participation.  Copies of
16  the report shall be provided to the United States and each
17  community election liaison.

18       5.   The voting rights coordinator shall conduct the
19  training of all registration outreach workers, poll officials and
20  other election-related personnel, which may include interpreters,
21  who will participate in the Chinese Language Election Information
22  Program.  Training sessions shall be open to the public.
23  Training shall be conducted at least in part in the Chinese
24  language, so that the election-related personnel shall be
25  familiar with Chinese terminology for all aspects of their
26  election duties.

SETTLEMENT AGREEMENT AND ORDER                    10

C.   <u>Community Election Liaison</u>

    1.   Alameda County shall invite each organization listed in Attachment A to identify at least one individual to serve as a community election liaison between the county and the organization.  All such liaisons shall be residents of Alameda County.

    2.   County election officials shall inform each liaison about all aspects of the election process, including the schedule of elections, election-related deadlines, absentee and early voting, the voter registration processes, candidate qualification requirements and procedures, election day activities, and the availability of information regarding proposed constitutional amendments and other ballot measures.

    3.   To assist in the selection of convenient polling places, the county shall meet with each community election liaison, and shall provide them with a reasonable opportunity to review and comment concerning the location of polling places.

D.   <u>Translations</u>

    1.   All election-related materials and announcements, shall be translated into the Chinese language.  Alameda County shall meet and confer with community election liaisons, counsel for the United States and a broad range of persons with information and expertise in options for ballot formats to study the feasibility of printing the ballot itself in both Chinese and English, and shall do so if feasible; said study shall be completed by December 1, 1995.  The county shall not be required

1 | to purchase new voting machines to comply with this provision,
2 | but shall, in any change to a new voting system or device, insure
3 | that a bilingual Chinese-English ballot be accommodated.   The
4 | translations of election information should be made available and
5 | be provided to the public at the same time the English text is
6 | provided to the public.

7 |    2.   The translation of election materials and information
8 | by Alameda County shall begin as soon as the English text for an
9 | item is known, and translation and review of any election-related
10 | material shall be completed promptly and dissemination thereof
11 | shall be consistent with the Outreach and Publicity Plan.

12 |    3.   Names of candidates shall be translated into Chinese
13 | characters on the sample ballots and any ballot created pursuant
14 | to section D(1), _supra_, of this Agreement.   The translation into
15 | Chinese characters will be the responsibility of Alameda County.
16 | The county shall provide the candidates with a copy of how their
17 | names will appear in Chinese characters in election material, and
18 | will provide them with a reasonable opportunity to review and
19 | substitute a different translation of their names.   Any candidate
20 | may, on written request, be permitted to decline to have her or
21 | his name printed in Chinese characters.

22 |    4.   Upon request, Alameda County shall make available all
23 | translations and election materials prepared pursuant to this
24 | Program to all governmental entities within Alameda County.

25 | E.   Targeting

26 |    1.   Alameda County shall identify all election precincts

1 | which contain 3 percent or greater Chinese-speaking voting age
2 | population according to the 1990 Census, and shall designate such
3 | precincts as the targeted precincts for the purpose of this
4 | Program.  Alameda County shall consult with the community,
5 | including each community election liaison, in identifying any
6 | additional precincts to target, which, according to the 1990
7 | Census, may not have reached the 3 percent targeting standard set
8 | forth herein, but which, based on all available information, come
9 | to contain sufficient Chinese-speaking voting age population to
10 | warrant receiving bilingual materials and assistance.

11 | 2.    Alameda County shall continue to maintain and seek to
12 | expand a registry of persons to receive Chinese language election
13 | materials.  All registered voters in Alameda County who listed or
14 | list their place of birth as China, Hong Kong, or Taiwan shall be
15 | added to such registry and shall receive election materials in
16 | English and Chinese.  The county may notify voters of their
17 | inclusion on such registry and voters may remove their names from
18 | such registry by written request.

19 | 3.   Language assistance and all bilingual materials,
20 | including ballots, shall be provided on election day in each
21 | targeted precinct.   At least two weeks prior to each election,
22 | Alameda County shall prepare and make available to the public the
23 | list of the targeted precincts and a notice of the availability
24 | of bilingual assistance and materials at those precincts,
25 | including the names of the bilingual election officials.  Alameda
26 | County shall provide initially at least three bilingual sample

SETTLEMENT AGREEMENT AND ORDER               13

1  ballots at all other precincts in the county in which, at the

2  time of the 1990 Census, there were no Chinese-speaking voters,

3  and shall provide initially at least eight bilingual sample

4  ballots at all other non-targeted precincts in the county.

5  F.  Voter Registration

6       1.  Consistent with the Outreach and Publicity Plan, the

7  county shall: request the community, including each community

8  election liaison, to recommend persons qualified to serve as

9  registration outreach workers in Alameda County; invite school

10  personnel, including each high school principal and parent-

11  teacher organization officer for schools serving targeted

12  precincts, to become registration outreach workers; and encourage

13  organized political parties to recommend additional registration

14  outreach workers for targeted election precincts.  Alameda County

15  shall train all qualified persons who desire to serve as

16  registration outreach workers.

17       2.  Training for registration outreach workers for any

18  targeted election precinct in the county shall be conducted by

19  the county voting rights coordinator, including instruction in

20  Chinese as to election-related terminology.  The county shall

21  develop a glossary of election terms in Chinese and English. In

22  addition to training as to registration standards, regulations,

23  and forms, registration outreach workers shall be trained fully

24  regarding absentee and early voting processes and requirements

25  and polling place locations.  Chinese language materials,

26  including ballots as they become available, shall be used in the

1  training process to ensure the uniformity of translations, and
2  copies of such bilingual materials shall be maintained as
3  provided generally in this agreement.

4      3.   The county voting rights coordinator, consistent with
5  the Outreach and Publicity Plan, shall conduct special voter
6  registration drives in the targeted precincts.  The county shall
7  confer with each community election liaison to identify the best
8  time and location for each registration drive, and shall notify
9  said liaisons prior to the scheduled registration drives.

10  G.  <u>Absentee and Early Voting</u>

11      1.   The county shall supply applications for absentee
12  ballots to all registration outreach workers serving the targeted
13  election precincts and each community election liaison prior to
14  the deadline for absentee or early voting in each election
15  conducted by Alameda County.  All registration outreach workers
16  serving the targeted election precincts, shall be provided
17  training in assistance for completing absentee ballot
18  applications and absentee ballots as set forth in subsection
19  G(2).

20      2.   The voting rights coordinator shall provide notice
21  concerning the availability of absentee and early balloting
22  options to the Chinese community, including the Chinese media and
23  at sites identified by the Voting Rights Coordinator and
24  community election liaisons, consistent with the Outreach and
25  Publicity Plan.

26

SETTLEMENT AGREEMENT AND ORDER       15

H.   Election Day Procedures

1.   Election officials assigned to each targeted election precinct in Alameda County shall include persons who are bilingual in the appropriate dialect(s) of Chinese and in English.  The number of bilingual personnel, which may include interpreters, at each polling place shall vary from targeted precinct to targeted precinct according to the percentage of the Chinese voting age population to the total voting age population of the targeted precinct.  In each precinct in which over 50 percent of the population is of Chinese heritage, initially at least 4 election officials or interpreters shall be bilingual in English and in the appropriate dialect(s) of Chinese.  This number may be modified by agreement of the parties based on numbers of absentee and early voters in prior elections and the reports of federal observers and other information.

2.   Alameda County shall recruit qualified bilingual individuals to work at the polls in targeted precincts by utilizing a broad range of sources, consistent with the Outreach and Publicity Plan, which may include providing notices to the Chinese print media, Chinese broadcast media, schools, churches, senior citizen centers and voting age residents within the targeted precincts in connection with registration activities.

3.   All election officials and all other election-related personnel, including interpreters, assigned to work in targeted precincts shall receive instructions on the county's provision of oral assistance and bilingual materials at targeted polling

1  places as provided for in this Program.

2     4.   All bilingual election officials and all other

3  election-related personnel, including interpreters, assigned to

4  work in targeted precincts shall be fully trained, including

5  instruction in Chinese on terminology related to the voting

6  process, concerning election day procedures at the polling

7  places, provision of assistance to voters in Chinese, the

8  availability of bilingual materials, the contents of the ballot,

9  i.e., all contests, parties, and ballot measures, and the

10 procedures for locating voters' correct polling places.  Training

11 shall include translation of the entire ballot in the Chinese

12 language so that poll officials will be able to provide a full

13 and accurate translation of any part of the ballot.  The county

14 shall develop and implement procedures to assure the bilingual

15 skills of poll officials and the effectiveness of their training.

16 All election-related personnel shall be instructed not to engage

17 in electioneering on election day at the polls, but that minority

18 language voters are entitled to a full, oral translation of the

19 ballot at the polls.

20    5.   Each inspector shall complete a short polling place

21 checklist provided by the county, in which they shall confirm the

22 availability and posting of all bilingual materials.  A bilingual

23 election official or interpreter shall complete a short form, as

24 attached as Attachment B, provided by the county, in which he or

25 she shall report any requests for additional oral assistance or

26 bilingual materials at their polling place, identify and record

1   each instance in which unreasonable delays occur related to the

2   particular needs of Chinese American voters including Chinese-

3   speaking voters.  Where such delays occur, the county shall take

4   appropriate steps, such as providing additional bilingual

5   election-related personnel, materials and voting machines, to

6   avoid such delays in future elections.  The voting rights

7   coordinator and Alameda County shall review the polling place

8   checklist early on election day in order to take remedial action

9   and shall review the journals promptly after each election in

10  order to gain information on the effectiveness of the program.

11  I.   Records

12       Copies of all materials or records mentioned in this

13  agreement shall be maintained by Alameda County, and shall be

14  available to the public for inspection and copying on the same

15  basis as other public records in Alameda County.

16  J.   Adjustments to Program

17       1.   It is the goal of Alameda County to provide that the

18  entire election process is equally accessible to Chinese American

19  citizens, and the procedures set forth above are designed to

20  achieve that goal, particularly for Chinese-speaking citizens.

21  Alameda County shall evaluate its programs on an ongoing basis

22  through meetings with the community election liaisons and counsel

23  for the United States.

24       2.   The parties shall confer in good faith if any party

25  believes that a particular aspect of the Program has proven

26  ineffective.   The parties shall confer at least annually in a

1    good faith effort to improve any aspect of the program which has

2    proven ineffective, in accordance with the Settlement Agreement

3    and Order.   In the event of changes in Chinese American

4    population patterns in Alameda County, as indicated in section

5    E(1),supra, the parties promptly shall confer and develop a

6    program for meeting fully the language needs of such population.

7                          III.   CONCLUSION

8         This agreement represents the commitment of the parties

9    to provide equal voting rights to all citizens of Alameda County,

10   and the county intends fully and faithfully to implement this

11   Chinese Language Election Information Program.   The parties

12   recognize that regular and ongoing reassessment of the above

13   outlined Program by the responsible officials will be necessary

14   in order to provide Chinese American voters access to all phases

15   of the political process in Alameda County.

16        The Court shall retain jurisdiction of this case to enter

17   further relief or such other orders as may be necessary for the

18   effectuation of the purposes of this Settlement Agreement and

19   Order and to ensure compliance with Sections 2 and 203 of the

20   Voting Rights Act, 42 U.S.C. 1973, 1973aa-1a, and the Fourteenth

21   and Fifteenth Amendments.

22        Entered this ___ day of _____, ~~1995~~.   JAN 2 2 1996

23        _Mary M Schroeder_
          UNITED STATES CIRCUIT JUDGE

24

25        UNITED STATES DISTRICT JUDGE   JAN 2 2 1996

26        UNITED STATES DISTRICT JUDGE

1   Approved as to form and content:

2   FOR THE PLAINTIFF
    UNITED STATES OF AMERICA
3
    DEVAL L. PATRICK
4   Assistant Attorney General

5

6   _____
    ELIZABETH JOHNSON
7   SUSANNA LORENZO-GIGUERE
    Attorneys, Voting Section
8   Civil Rights Division
    U.S. Department of Justice
9   P.O. Box 66128
    Washington, D.C.   20035-6128
10  (202) 514-9822

11

12

    FOR THE DEFENDANTS
13  ALAMEDA COUNTY, ET AL.

14  _____

15  KELVIN H. BOOTY, Jr., Esq.
    County Counsel
16  NANCY E. FENTON, Esq.
    Deputy County Counsel
17  County of Alameda
    1221 Oak Street, Room 463
18  Oakland, California   94612
    (510) 272-6700
19

20

21

22

23

24

25

26

SETTLEMENT AGREEMENT AND ORDER                    20

ATTACHMENT A

OAKLAND CHINESE COMMUNITY COUNCIL
ASIAN HEALTH SERVICES
CHINESE AMERICAN CITIZENS ALLIANCE
ORGANIZATION OF CHINESE AMERICANS
EAST BAY ASIAN CONSORTIUM
ASIAN LAW CAUCUS
EAST BAY ASIAN DEVELOPMENT CORPORATION
ASIAN COMMUNITY MENTAL HEALTH SERVICES
ASIAN IMMIGRANT WOMEN ADVOCATES
ASIAN LIBRARY
ASIAN NEIGHBORHOOD DESIGN
ASIAN PACIFIC AMERICAN LABOR ALLIANCE
ASIAN PACIFIC ENVIRONMENTAL NETWORK
ASIANS & PACIFIC ISLANDERS FOR REPRODUCTIVE
CAREER RESOURCES DEVELOPMENT CENTER
EAST BAY ASIAN YOUTH CENTER
INTERNATIONAL INSTITUTE OF THE EAST BAY
LEGAL AID SOCIETY OF ALAMEDA COUNTY
LEGAL ASSISTANCE FOR SENIORS
OAKLAND ASSOCIATION OF ASIAN EDUCATORS
ORGANIZATION OF ALAMEDA ASIANS
VIETNAMESE FISHERMAN ASSOC. OF AMERICA
YUK YAO CHILD DEVELOPMENT CTR
BING KONG TONG ASSN
CHINATOWN LIONS CLUB OAKLAND
CONSOLIDATED CHINESE ASSOC
GEE HOW OAK TIN ASSN
KEE YING CHINESE SR CITIZENS CTR
LEE FAMILY BENEVOLENT ASSN.
LOONG KONG TIEN YEE ASSN.
SOO YUEN BENEVOLENT ASSN.
TAIAND LINS FAMILY ASSN.
VETERANS OF FOREIGN WARS
EAST BAY CHINATOWN POST
WA SUNG SERVICE CLUB
WONG FAMILY ASSN.
WA YI FAMILY ASSN.
YING HO BENEVOLENT ASSN.
YING ON BENEVOLENT ASSN.
ALAMEDA IMMANUEL BAPTIST CHURCH
BAY AREA CHINESE BIBLE CHURCH
BERKELEY CHINESE BAPTIST CHURCH
BERKELEY CHINESE COMMUNITY CHURCH
CHINESE CATHOLIC PASTORAL CTR
CHINESE CHRISTIAN CENTER
CHINESE COMMUNITY UNITED METHODIST CHURCH
CHINESE FOR CHRIST BERKELEY CHURCH
CHINESE INDEPENDENT BAPTIST CHURCH
CHINESE PRESBYTERIAN CHURCH
EB CHINESE ALLIANCE CHURCH
EPISCOPAL CHURCH OF OUR SAVIOR
LIGHT BUDDHA TEMPLE
TRINITY EVANGELICAL LUTHERAN CHURCH

ALAMEDA CHINESE SCHOOLS
CHINESE CHRISTIAN SCHOOLS
EB CHINESE SCHOOLS
LINCOLN ELEMENTARY SCHOOL
MILTON SCHOONG CHINESE CULTURAL CENTER
PACIFIC RIM INTERNATIONAL SCHOOL