1  THOMAS E. PEREZ

2  Assistant Attorney General

3  Civil Rights Division

4

5  MELINDA HAAG,

6  United States Attorney

7  ILA C. DEISS (New York Bar 3052909)

8  Assistant U.S. Attorney

9  Northern District of California

10  450 Golden Gate Avenue

11  San Francisco, CA 94102

12  Telephone: (415) 436-7124

13  Facsimile: (415) 436-7169

14  ila.deiss@usdoj.gov

15

16  T. CHRISTIAN HERREN, JR.

17  TIMOTHY MELLETT

18  BRUCE I. GEAR (District of Columbia Bar 463388)

19  OLIMPIA E. MICHEL (New York Bar 4358321)

20  Attorneys, Voting Section, Civil Rights Division

21  United States Department of Justice

22  950 Pennsylvania Ave., N.W.

23  Room NWB-7254

24  Washington, D.C.  20530

25  Telephone: (202) 353-0419

Facsimile: (202) 307-3961

UNITED STATES' NOTICE OF CENSUS BUREAU DETERMINATIONS

1   bruce.gear@usdoj.gov

2   olimpia.michel@usdoj.gov

3

4   Counsel for Plaintiff

5   United States of America

6

7   IN THE UNITED STATES DISTRICT COURT

8   FOR THE NORTHERN DISTRICT OF CALIFORNIA

9   SAN FRANCISCO DIVISION

10

11   UNITED STATES OF AMERICA,                )        No. C-11-3262 EMC-MMS-RS

12                                            )

13                   Plaintiff,               )

14                                            )        **UNITED STATES'**

15           v.                               )        **NOTICE OF  CENSUS**

16                                            )        **BUREAU DETERMINATIONS**

17   ALAMEDA COUNTY, CALIFORNIA;              )        **UNDER SECTION 203 OF THE**

18   DAVE MACDONALD, ALAMEDA COUNTY           )        **VOTING RIGHTS ACT**

19   REGISTRAR OF VOTERS, in his official     )

20   capacity; and the ALAMEDA COUNTY BOARD   )

21   OF SUPERVISORS,                          )

22                                            )

23                   Defendants.              )

24   _____    )

25

UNITED STATES' NOTICE OF CENSUS BUREAU DETERMINATIONS

1   The United States respectfully submits this Notice regarding relevant events occurring

2   since the United States filed its Supplemental Briefing on October 12, 2011. See Dkt. No. 19.

3   On October, 13, 2011, the Director of the Bureau of Census (Census Bureau) published its new

4   determinations based on the American Community Survey data as to which jurisdictions are

5   subject to the minority language provisions of Section 203 of the Voting Rights Act, 42 U.S.C.

6   1973aa-1a ("Section 203"). Pursuant to those determinations, Alameda County remains covered

7   under Section 203 with respect to both the Spanish and Chinese languages. See Attachment 1,

8   76 Fed. Reg. 198 (Oct. 13, 2011).

9   In addition, the Census Bureau has determined that Alameda County is now also subject

10   to Section 203 for two additional language minority groups: Filipinos and Vietnamese. Id.

11   Pursuant to paragraph 20 of the proposed revised Consent Decree, Alameda County has

12   agreed to follow the determinations made by the Director of the Census regarding the County's

13   203 obligations. Following the release of the new determinations, the United States consulted

14   with Defendants' counsel, and the County will be developing a program to meet the bilingual

15   election requirements for the Filipino and Vietnamese languages.

16

17   Date: _13_ day of _Oct_, 2011                    Respectfully Submitted,

18

19   MELINDA HAAG                                     UNITED STATES OF AMERICA

20   U.S. Attorney                                    THOMAS E. PEREZ

21   ILA C. DEISS                                     Assistant Attorney General

22   Assistant U.S. Attorney General

23

24                                         3

25   UNITED STATES' NOTICE OF CENSUS BUREAU DETERMINATIONS

*Bruce A. Gear*

| | |
|---|---|
| Northern District of California | T. CHRISTIAN HERREN, JR. |
| 450 Golden Gate Avenue | TIMOTHY F. MELLETT |
| San Francisco, CA 94102 | BRUCE I. GEAR |
| Telephone: (415) 436-7124 | OLIMPIA E. MICHEL |
| Facsimile: (415) 436-7169 | Attorneys, Voting Section |
| ila.deiss@usdoj.gov | Civil Rights Division |
| | United States Department of Justice |
| | 950 Pennsylvania Ave., N.W. |
| | Washington, D.C.  20530 |
| | Room NWB-7254 |
| | Telephone: (202) 353-0419 |
| | Facsimile: (202) 307-3961 |
| | bruce.gear@usdoj.gov |
| | olimpia.michel@usdoj.gov |

4

UNITED STATES' NOTICE OF CENSUS BUREAU DETERMINATIONS