IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ALAMEDA COUNTY, ET AL.,<br><br>    Defendant.<br>_____ / | No. CV 11-03262 EMC-MMS-RS<br><br>**JUDGMENT IN A CIVIL CASE** |

    ( )  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    (X)  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** for the reasons stated in the accompanying order; judgment shall be entered.

Dated: 10/19/2011                                               Richard W. Wieking, Clerk

                                                                                     By: Tana Ingle<br>
                                                                                     Deputy Clerk